# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0133. MILLER v. STATE.

This appeal was docketed on August 10, 2021, and appellant's brief containing an enumeration of errors was due by August 30, 2021. On September 1, 2021, this Court granted appellant an extension to file an initial brief until October 1, 2021. Appellant failed to timely file a brief and enumeration of errors or a second motion for extension of time to file a brief with this Court, and the State filed a motion to dismiss the appeal on October 13, 2021. The motion to dismiss is hereby GRANTED, and the appeal is DISMISSED for failure to file a brief and enumeration of errors within the period ordered by this Court.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/26/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*

---

[1] See Court of Appeals Rule 23 (a).